**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SOMER LAGRONE                                                                                           PLAINTIFF

v.                                          Case No. 5:08CV00187 JLH

JEFFERSON COUNTY; and THOMAS E. BROWN, in his
individual and official capacities as Juvenile Court Judge for
Jefferson County                                                                                        DEFENDANTS

**ORDER**

Defendant Thomas E. Brown has filed a motion in limine in which he seeks to exclude certain deposition testimony from being admitted into evidence at trial. During his deposition testimony, Brown testified that he retired as the juvenile judge for Jefferson County in January 2008. He further testified that one reason for his retirement included an ongoing investigation of a complaint to the Arkansas Judicial Discipline and Disability Commission, but that the complaint did not involve an employee making allegations against him. Brown asks the Court to exclude any evidence concerning the reasons for his decision to retire, any complaint against him to the Arkansas Judicial Discipline and Disability Commission, and any investigations arising out of such complaints. Brown argues that those matters should be excluded as irrelevant and inadmissible under Federal Rule of Evidence 402 or, in the alternative, as more prejudicial than probative under Rule 403. Brown further argues that information relating to such complaints and investigations is confidential, and disclosure of such information would subject Brown to punishment for contempt of the Arkansas Supreme Court.

Counsel for Somer LaGrone has not filed a response within the allotted time, and has indicated that no response will be forthcoming. Without objection, Brown's motion in limine is

GRANTED. Document #49. Counsel for all parties are instructed to refrain from soliciting testimony from any witness concerning the matters discussed above.

    IT IS SO ORDERED this 8th day of June, 2010.

                                              _____
                                              J. LEON HOLMES
                                              UNITED STATES DISTRICT JUDGE