**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SOMER LAGRONE                                                                                    PLAINTIFF

v.                                       No. 5:08CV00187 JLH

JEFFERSON COUNTY; and THOMAS E.
BROWN, in his individual and official capacities
as Juvenile Court Judge for Jefferson County                                          DEFENDANTS

## JUDGMENT

On the 15th day of June, 2010, this action came before the Court for trial by jury. Somer LaGrone appeared in person and through her attorney, Shawn G. Childs. Jefferson County appeared through its representative, Jefferson County Judge Mike Holcomb, and its attorney, Ralph C. Ohm. Thomas E. Brown appeared in person and through his attorney, Mark N. Ohrenberger. All parties announced ready for trial. A jury of twelve was duly selected. Before the jury was sworn, one juror was excused for cause, and the case proceeded to trial with eleven jurors without objection. On June 17, 2010, at the conclusion of the trial, the jury returned a verdict in favor of defendants Thomas E. Brown and Jefferson County.

Judgment is therefore entered in favor of the defendants Jefferson County and Thomas E. Brown on the claims of Somer LaGrone. The complaint of Somer LaGrone is dismissed with prejudice.

IT IS SO ORDERED this 17th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE